# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 22-MJ-253** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 402 |
| **ALEXANDER HAMILTON,** | : | 22 D.C. § 722 |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about October 11, 2022, within the District of Columbia, the defendant, Alexander Hamilton, knowingly and willfully disobeyed the rule and command of the Chief Judge of the D.C. Superior Court, a court of the District of Columbia, by filming and broadcasting grand jury proceedings, a forbidden act constituting a criminal offense in violation of D.C. Code Section 22-722.

(**Contempt**, in violation of Title 18, United States Code, Section 402

### COUNT TWO

On or about October 11, 2022, within the District of Columbia, the defendant, Alexander Hamilton, willfully, and knowingly corruptly obstructed and impeded and endeavored to obstruct and impede the due administration of justice in an official proceeding, that is, the grand jury investigation of a violent crime that occurred in Washington, D.C.

(**Obstruction of Justice**, in violation of 22 D.C. Code, Section 722

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Joshua Gold*
JOSHUA GOLD
Tx Bar No. 24103101
Assistant United States Attorney
Federal Major Crimes Section
601 D Street NW
Washington, D.C. 20530
(202) 815-8965
Joshua.Gold@usdoj.gov